IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 97-cr-00383-ZLW

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

JOHN B. DUESING,

       Defendant.

  and

ARROWHEAD, INC,

       Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

It is ORDERED that Plaintiff's Motion To Dismiss Writ Of Garnishment (Doc. No. 24) is granted.  It is

FURTHER ORDERED that the Writ Of Continuing Garnishment issued against Arrowhead, Inc. on June 26, 2009 (Doc. No. 21) is dismissed.

ORDERED and entered this 22nd day of July, 2009.

BY THE COURT:

*Zita L. Weinshienk*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court